Adam E. Brauner, OSB No. 155133
abrauner@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison
Suite 900
Portland, OR  97204
Telephone:     503.221.0309
Fax No.:          503.242.2457

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JUSTIN ALLRED, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BOISE CASCADE WOOD PRODUCTS, L.L.C., a Delaware Limited Liability Company,<br><br>    Defendant. | Case No. 1:17-cv-01534<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, Defendant Boise Cascade Wood Products, L.L.C. certifies that it is a wholly-owned subsidiary of Boise Cascade Company, which is publicly held.  No other publicly-held corporation owns 10% or more of Boise Cascade Wood Products, L.L.C.'s stock.  Blackrock, Inc. owns approximately 12% of Boise Cascade Company's stock.  Both Boise Cascade Wood Products, L.L.C. and Boise Cascade Company are incorporated in Delaware and maintain principal places of business in Idaho.  Thus, both are citizens of Delaware and Idaho.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
Justin Allred v. Boise Cascade Wood Products, L.L.C.
Page 1 of 2

LITTLER MENDELSON, PC
121 SW Morrison, Suite 900
Portland, OR  97204
Tel: 503.221.0309

Dated: September 29, 2017

/s/Adam E. Brauner
Adam E. Brauner, OSB No. 155133
LITTLER MENDELSON, P.C.

Attorney for Defendant
BOISE CASCADE WOOD PRODUCTS, L.L.C.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
Justin Allred v. Boise Cascade Wood Products, L.L.C.
Page 2 of 2

LITTLER MENDELSON, PC
121 SW Morrison, Suite 900
Portland, OR 97204
Tel: 503.221.0309