IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUSTIN ALLRED,

    Plaintiff,

v.

BOISE CASCADE WOOD PRODUCTS, LLC,

    Defendant.

Civ. No. 1:17-cv-01534-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 19), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 19) is adopted. Defendant's Motion for summary judgment is GRANTED.

IT IS SO ORDERED.

    DATED this 22nd day of August, 2018.

                                    _____/s/ Michael J. McShane_____
                                                Michael McShane
                                         United States District Judge